PHILIP DORFMAN and Another, Doing Business under the Assumed Name and Style of DELAVAN BAILEY DRUG COMPANY, Respondents, v. CONTINENTAL CASUALTY COMPANY, INCORPORATED, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event. Memorandum. We appreciate that we are reviewing a judgment based upon a second jury verdict in favor of plaintiffs. However, according to the testimony of plaintiffs and their witnesses Progatsky and Dudziak, it would have been almost, if not quite impossible for robbers to have perpetrated robbery or even to have entered the drug store with felonious intent before midnight. Adding to this the testimony of Meegan, Officers Keller and Kurtz, and Detective Vickers, the aggregate of credible evidence is so much in favor of defendant's general contention that the verdict for the plaintiffs should be held to have been against the weight of the evidence. All concur, except Sears, P. J., who dissents and votes for affirmance on the ground that this second verdict for the plaintiffs, concededly supported by some evidence, should be sustained. (The judgment is for damages under a robbery insurance policy covering property from seven A. M, until midnight.)

MAUDE H. WHEELER, Appellant, v. HELEN NEHR and Others, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendants in an automobile negligence case. The order denied a motion for a new trial on the minutes.)

MATIE MURPHY, Appellant, v. HELEN NEHR and Others, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendants in an automobile negligence case. The order denied a motion for a new trial on the minutes.)

JENNIE RUND, Appellant, v. GIOVANNINO CAPPOLA and Another, Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendants in an automobile negligence case.)

SAMUEL RUND, Appellant, v. GIOVANNINO CAPPOLA and Another, Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendants in an automobile negligence case.)

WILLIAM F. AVEY, Respondent, v. TOWN OF BRANT, Appellant.— Order modified by striking from the complaint certain allegations and as modified affirmed, without costs on this appeal. All concur. (The order denied a motion to dismiss an amended complaint in an action for money had and received and in the alternative to strike out allegations and separately state and number separate causes of action.)

GABRIEL FLEISCHMAN, Respondent, v. MYRON BLOOM, Appellant.— Judgment affirmed, with costs. All concur. (The judgment affirmed a Municipal Court judgment for money loaned.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN GILFUSO, Appellant, and Others, Defendants.— Judgment of conviction affirmed. All concur. (The judgment convicted defendant of burglary, first degree.)